Jesse Beaudette
Brandon R. Shannon
BOHYER, ERICKSON, BEAUDETTE & TRANEL, P.C.
283 West Front, Suite 201
Post Office Box 7729
Missoula, Montana  59807-7729
Telephone: (406) 532-7800
Facsimile: (406) 549-2253
Email:  mail@bebtlaw.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

---

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. STEO 1273-1907,<br><br>Plaintiffs,<br><br>v.<br><br>MOUNTAIN TITLE COMPANY, JAMES TALCOTT CONSTRUCTION, INC.,<br><br>Defendants. | Cause No. CV-21-00045-BMM-JTJ<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFF, SYNDICATE 3334 (HAMILTON CORPORATE MEMBER LIMITED)** |

---

Plaintiff, Syndicate 3334 (Hamilton Corporate Member Limited), in compliance with Fed. R. Civ. P. 7.1(a), states as follows:

The sole member of Syndicate 3334 is Hamilton Corporate Member Limited, a private limited company which is organized and incorporated under the laws of England and Wales, with its principal place of business located at Level 3, 8 Fenchurch Place, London, United Kingdom EC3M 4AJ.  Hamilton Corporate Member Limited is a subsidiary of Hamilton UK Holdings Limited, which is in

turn, is wholly owned by Hamilton Insurance Group Limited.  No publicly held company owns more than 10% or more of its stock.

 DATED this 6th day of May, 2021.

          /s/ Jesse Beaudette
         Jesse Beaudette
         BOHYER, ERICKSON,
         BEAUDETTE & TRANEL, P.C.
         *Attorneys for Plaintiffs*