IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. STEO 1273-1907,<br><br>Plaintiffs,<br><br>v.<br><br>MOUNTAIN TITLE COMPANY, JAMES TALCOTT CONSTRUCTION, INC.,<br><br>Defendants | CV-21-45-GF-BMM-JTJ<br><br>**ORDER** |

Plaintiff has moved for an order allowing Adrian T. Rohrer, Esq., and David L. Koury, Esq. to appear *pro hac vice* in this case with Jessee Beaudette, Esq., designated as local counsel.  The applications of Mr. Rohrer and Mr. Koury appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Plaintiff's  motions to allow Mr. Rohrer and Mr. Koury  to appear on its behalf (Docs. 6 and 7) are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Mr. Rohrer and Mr. Koury must each do their own work. Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. Rohrer and Mr. Koury.

**IT IS FURTHER ORDERED**:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 8th day of June, 2021.

_____
Brian Morris, Chief District Judge
United States District Court