IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

---

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. STEO 1273-1907,<br><br>Plaintiffs,<br><br>v.<br><br>MOUNTAIN TITLE COMPANY, JAMES TALCOTT CONSTRUCTION, INC.,<br><br>Defendants. | Cause No. CV-21-00045-BMM<br><br>**ORDER OF DISMISSAL** |

---

Upon stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that the above matter be dismissed with prejudice as fully and finally settled on the merits, each party to bear its own costs and attorneys' fees incurred herein.

DATED this 9th day of May, 2022.

_____
Brian Morris, Chief District Judge
United State District Court